# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

June 14, 2004

Robert C. Heinemann, Clerk
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 17 2004
*BROOKLYN OFFICE*

Re: MDL-381 -- In re "Agent Orange" Products Liability Litigation

*Wilmer Plowden, Jr. v. Dow Chemical Co., et al.*, W.D. Louisiana, C.A. No. 6:04-649
*Frank S. Cirino, et al. v. Dow Chemical Co., et al.*, N.D. Ohio, C.A. No. 1:04-599

WEINSTEIN, J.

CV 04 2678

Dear Mr. Heinemann:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the above-captioned actions on May 26, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:  Transferee Judge:  Judge Jack B. Weinstein
     Transferor Judges: Judge Richard T. Haik, Sr.; Judge Solomon Oliver, Jr.
     Transferor Clerks: Geri M. Smith; Robert H. Shemwell

JPML Form 38

A CERTIFIED TRUE COPY

JUN 14 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 26 2004

FILED
CLERK'S OFFICE

**DOCKET NO. 381**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

### IN RE "AGENT ORANGE" PRODUCTS LIABILITY LITIGATION

*Wilmer Plowden, Jr. v. Dow Chemical Co., et al.,* W.D. Louisiana, C.A. No. 6:04-649
*Frank S. Cirino, et al. v. Dow Chemical Co., et al.,* N.D. Ohio, C.A. No. 1:04-599

### CONDITIONAL TRANSFER ORDER

On May 8, 1979, the Panel transferred seven civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 586 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of May 8, 1979, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 4 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST
DOCKET NO. 381
IN RE "AGENT ORANGE" PRODUCTS LIABILITY LITIGATION

*Wilmer Plowden, Jr. v. Dow Chemical Co., et al.*, W.D. Louisiana, C.A. No. 6:04-649
*Frank S. Cirino, et al. v. Dow Chemical Co., et al.*, N.D. Ohio, C.A. No. 1:04-599

Steven D. Brock
Rivkin, Radler & Kremer
EAB Plaza
9th Floor
Uniondale, NY 11556-0111

Joseph A. Castrodale
Calfee Halter & Griswold
1400 Mcdonald Investment Center
800 Superior Ave
Cleveland, OH 44114-2688

Lawrence T. D'Aloise, Jr.
Clark, Gagliardi & Miller, P.C.
99 Court Street
White Plains, NY 10601

Bernard F. Duhon
P.O. Box 1169
Abbeville, LA 70511-1169

Paul W. Flowers
1200 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113-1937

Michael M. Gordon
Cadwalder, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Andrew Kalish
Socha, Perczak & Anderson, PC
1775 Sherman Street
#1925
Denver, CO 80203

Myron Kalish
Parker Duryee Rosoff & Haft
50 East 79th Street
New York, NY 10021-0232

John H. Pucheu
Pucheu & Pucheu
P.O. Box 1109
Eunice, LA 70535

John C. Sabetta
Seyfarth, Shaw, Fairweather & Geraldson
1270 Avenue of the Americas
Suite 2500
New York, NY 10022-4728

Morton B. Silberman
Clark, Gagliardi & Miller, P.C.
99 Court Street
Inns of Court Building
White Plains, NY 10601

James E. Tyrrell
Latham & Watkins
One Newark Center
16th Floor
Newark, NJ 07101-3174

Carl J. Zaffiro
5555 Mayfield Road
Cleveland, OH 44124-0001